### 25831. TEPPENPAW v. BLALOCK.

MOBLEY, Presiding Justice. This case is here on grant of certiorari to the Court of Appeals. That court dismissed the case because the appeal was from a verdict. After further study and consideration, we are of the opinion that the case is controlled by the full-bench decision of this court in *Davis v. Davis*, 224 Ga. 740 (164 SE2d 816). All the members of this court do not agree that the judgment in the *Davis* case is incorrect. Thus we are bound by that decision and must affirm the judgment of the Court of Appeals.

*Judgment affirmed. All the Justices concur.*

ARGUED JUNE 8, 1970—DECIDED JULY 9, 1970—
REHEARING DENIED JULY 28, 1970.

*Scott & Alexander, Guy B. Scott, Jr.,* for appellant.
*Telford, Wayne & Stewart, G. Douglas Stewart,* for appellee.